

**ORDERED in the Southern District of Florida on April 21, 2021.**



Peter D. Russin, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| In re | CASE NO.: 19-25949-PDR |
| Hudson Jean-Claude,<br>　Debtor.<br>_____/ | CHAPTER 13 |

### ORDER DIRECTING ATTORNEY MAURICE D. HINTON TO SHOW CAUSE WHY HE SHOULD NOT BE SANCTIONED

**THIS MATTER** came before the Court *sua sponte*. On March 22, 2021, the Supreme Court of Florida entered an order suspending Maurice D. Hinton form the practice of law. Prior to the Order of Suspension, Hinton served as counsel of record in the above-captioned bankruptcy case. As of the date of issuance of this order, Hinton has failed to provide the Court with a designated inventory attorney to provide clients, including the above-captioned debtor ("Debtor"), with a referral to successor counsel or to withdraw from the representation in this proceeding.

Accordingly, the Court finds it appropriate to schedule a show cause hearing regarding Hinton's failure to designate an inventory attorney or to withdraw. Accordingly, the Court **ORDERS** that:

1. Hinton must appear at a hearing to show cause as to why he should not be sanctioned for providing ineffective assistance of counsel to Debtor by his failure to designate an inventory attorney or to withdraw.

2. The hearing is set before the Honorable Peter D. Russin on **May 20, 2021, at 11:00 a.m.**, via Zoom Video Conference.

3. Appearances through Zoom may be arranged at https://www.zoomgov.com/meeting/register/vJItcOqurD4qHUbwAimENeAkZ7QUKGhcZ7k not later than 3:00 p.m. the business day prior to the hearing.

4. Hinton is required to attend the hearing.

5. Debtor may attend the hearing to address any response filed by Hinton.

###

Copies Furnished To:

Maurice D. Hinton, Esq.

Debtor

Chapter 13 Trustee

AUST